# United States Court of Appeals for the Fifth Circuit

No. 23-11004

United States Court of Appeals
Fifth Circuit

**FILED**

March 18, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CESAR LOPEZ, JR.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:22-CR-42-1

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Cesar Lopez, Jr., federal prisoner # 03486-510, moves to dismiss his appeal from the district court's denial of his motion for a sentence reduction pursuant to 18 U.S.C. § 3582. Although he nominally requests to withdraw his appeal without prejudice, Lopez has not requested a stay, and, therefore, he is not entitled to such a dismissal. *See* 5th Cir. R. 42.4. Moreover, Lopez has offered no explanation as to why his appeal in this proceeding should be

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-11004

dismissed without prejudice.    Thus, we construe the instant motion as requesting the voluntary dismissal of the appeal with prejudice.

IT IS ORDERED that the motion, as construed, is GRANTED. *See* FED. R. APP. P. 42(b); 5TH CIR. R. 42.1.    The appeal is DISMISSED.